IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY WAYNE RACKLEY, JR.,                                         PLAINTIFF
ADC #98160

v.                      No. 4:11-cv-728-DPM-JTK

BRUCE PENNINGTON, Sheriff, Saline County,
Arkansas; MIKE RICHARDS, Sgt.; LESTER, Sgt.;
and LARRY RAMSEY, Dr., Saline County
Detention Center                                                  DEFENDANTS

ORDER

On 13 October 2011, the Court granted Rackley's motion to proceed *in forma pauperis* in this action. The Court also found, however, that Rackley's complaint was too vague and conclusory to enable it to determine whether it was frivolous, and that it likely failed to state a claim. The Court directed Rackley to file an amended complaint within thirty days. The Court also advised Rackley that failing to do so could result in his complaint being dismissed without prejudice. As of this date, Rackley has not responded in any way. Rackley's complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2012