IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY WAYNE RACKLEY, JR.,                                          PLAINTIFF
ADC #98160

v.                          No. 4:11-cv-728-DPM

BRUCE PENNINGTON, Sheriff, Saline County,
Arkansas; MIKE RICHARDS, Sgt.; LESTER, Sgt.;
and LARRY RAMSEY, Dr., Saline County
Detention Center                                                   DEFENDANTS

JUDGMENT

Rackley's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2012